

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-16-00050-CV

| | | |
|---|---|---|
| RICHARD SEIM AND LINDA SEIM, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-270531-14) |
| V. | § | July 30, 2019 |
| | § | Opinion by Justice Gabriel |
| ALLSTATE TEXAS LLOYDS AND LISA SCOTT, Appellees | § | Dissent by Chief Justice Sudderth |

## JUDGMENT ON REMAND AND ON EN BANC RECONSIDERATION

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Richard Seim and Linda Seim shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel